UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ARTURO MARQUEZ-ORTIZ,<br><br>          Petitioner,<br><br>     v.<br><br>W.J. SULLIVAN,<br><br>          Respondent. | NO. SACV 08-552 ABC (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: February 1, 2012

                                                AUDREY B. COLLINS
                                             United States District Judge